1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PAUL PEDRO GLANTON,              )    NO. CV 15-1267-AS
                                     )
12                  Petitioner,      )
                                     )    **JUDGMENT**
13            v.                     )
                                     )
14  FEDERAL BUREAU OF PRISONS,       )
    RICHARD B. IVES, Warden,         )
15                                   )
                                     )
16                  Respondent.      )
                                     )
17  _____ )

18
19       Pursuant to the "Memorandum Decision and Order of
20  Dismissal,"

21
22       IT IS ADJUDGED that the Petition is denied and dismissed
23  with prejudice.

24
25       Dated: June 2, 2015.

26
                                        _____/s/_____
27                                    ___   ALKA SAGAR
                                     UNITED STATES MAGISTRATE JUDGE
28